IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL GREEN,

      Plaintiff,                          No. CIV S-00-2031 WBS CMK PS

      vs.

LARRY G. MASSANARI,
Commissioner of Social Security,

      Defendant.                      ORDER

_____/

      Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying applications for Disability Income Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act ("Act"), respectively.  On April 5, 2001, the court remanded this case pursuant to 42 U.S.C. § 405(g), Sentence Six.  On August 13, 2004, after remand, the defendant filed an answer.  To date, neither party has filed a motion for summary judgment.

      Accordingly, IT IS HEREBY ORDERED that:

          1. Plaintiff shall file his motion for summary judgment within twenty days of service of this order.

          2. The defendant shall file any opposition within ten days from being served with a copy of plaintiff's motion for summary judgment.

3. The court will not grant any requests for extension of time in which to file these motions because of the significant delay that has occurred in this case.

DATED: August 18, 2005.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE