1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Nathaniel Green

11           Plaintiff,                    No. CIV S-00-2031 WBS CMK

12        vs.

13   Jo Anne B. Barnhart,
     Commissioner of Social Security,
14
             Defendant.
15   _____/        ORDER

16           Plaintiff initiated this action by filing an application to proceed in forma pauperis

17   in July of 2000.  Along with the order granting plaintiff's motion to proceed in forma pauperis,

18   the clerk sent plaintiff a copy of a form entitled Consent to Assignment or Request for Re-

19   Assignment.  (Doc. 3, Certificate of Service.)   Since the initiation of this case in 2000, the Local

20   Rules governing the administration of Social Security cases has changed.  Pursuant to the Local

21   Rules, Appendix A(j)(2) if Consent to Assignment or Request for Re-Assignment forms are not

22   returned within ninety days, the parties will be ordered to show cause why the forms have not

23   been returned to the clerk.  The court notes that on August 13, 2004, the defendant consented to

24   proceed before a magistrate judge.

25           Accordingly, IT IS ORDERED THAT:

26           1.  The clerk is directed to send a Consent to Assignment or Request for Re-

     Assignment form to plaintiff;

2. Plaintiff is directed to return the consent form within ten days of service;

3. In the event that plaintiff consents, this case will be assigned to the Hon. Craig M. Kellison, United States Magistrate Judge for all purposes; should plaintiff decline to consent, the case will remain assigned as it is.

DATED: August 22, 2005.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE