IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GREEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ / | No. CIV S-00-2031-WBS-CMK<br><br><br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS |

       Plaintiff, who is proceeding pro se and in forma pauperis, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On September 15, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

/ / /

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed September 15, 2005, are adopted
5  in full;
6  2. This action is dismissed for lack of prosecution and failure to comply with
7  rules and court order; and
8  3. The Clerk of the Court is directed to enter judgment and close this file.

10  DATED: September 26, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2